GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*National Consumer Telecom & Utilities Exchange, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT CARTER JR., | Case No. 2:25-cv-00994 |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and OPENSKY CAPITAL BANK N.A., | **FIRST REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Equifax's time to answer, move or otherwise respond to the Complaint in this action is extended from June 30, 2025 through and including **July 30, 2025**. The request was made by Equifax so that it can have an opportunity to

/ /

1  collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff
2  approves. This stipulation is filed in good faith and not intended to cause delay.
3
   Respectfully submitted, this 30th day of June, 2025.
4
5
   CLARK HILL PLLC                                    <u>**No opposition**</u>
6                                                     /s/ *Gerardo Avalos*
   By: /s/*Gia N. Marina*                             George Haines, Esq.
7  Gia N, Marina                                      Nevada Bar No. 9411
   1700 South Pavilion Center Drive, Suite 500        Gerardo Avalos
8  Las Vegas, Nevada 89135                            Nevada Bar No. 15171
   Telephone: (702) 862-8300                          FREEDOM LAW GROUP
9  Facsimile: (702) 778-9709                          8985 S. Eastern Ave., Suite 350
   Email: gmarina@clarkhill.com                       Henderson, NV 89123
10 *Attorney for Defendant National Consumer*         Phone: (702) 880-5554
   *Telecom & Utilities Exchange, Inc.*               Fax: (702) 385-5518
11                                                    Email: ghaines@freedomlegalteam.com
12                                                    Email: gavalos@freedomlegalteam.com
13
                                                      *Attorneys for Plaintiff*
14
15
16
17
18 IT IS SO ORDERED:
19
20 _____
   United States Magistrate Judge
21
22 DATED: 7/1/2025
23
24
25
26
27
28

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 30th day of June, 2025, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
Email: gmarina@clarkhill.com