George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Robert Carter Jr.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Robert Carter Jr., <br><br> Plaintiff, <br> v. <br><br> Equifax Information Services LLC; Trans Union LLC; Experian Information Solutions, Inc. and Opensky Capital Bank N.A., <br><br> Defendants. | Case No.: 2:25-cv-00994 <br><br> **Stipulation for dismissal of Equifax Information Services LLC with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Robert Carter Jr. and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///
///
///
///
///

---

STIPULATION                                   - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 11, 2025.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Robert Carter Jr.*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: November 17, 2025

STIPULATION                            - 2 -